**Order entered April 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00151-CV

**G.C. BUILDINGS, INC., Appellant**

**V.**

**RGS CONTRACTORS, INC., Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 03-04559-J**

## ORDER

The Court has before it appellant's April 2, 2013 motion for extension of time to file the reporter's record. The Court **GRANTS** the motion and **ORDERS** that the reporter's record be filed by May 11, 2013.

/s/    ELIZABETH LANG-MIERS
         JUSTICE